UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

EVELYN LONG )
)
)
    vs. ) Case No. 03-3425-CV-S-RED
)
ARAMARK UNIFORM AND CAREER )
APPAREL, INC. )

\_     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Doc. 60) is **GRANTED.** Judgment is entered in favor of Defendant on all counts of Plaintiff's Petition.

| | |
|---|---|
| April 29, 2005 | P. L. Brune |
| Date | Clerk |

| | |
|---|---|
| Entered on: May 2, 2005 | /s/ Alex Martinez |
| | (By) Deputy Clerk |